# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Hazim Gulla; Ikhalas Gulla; Heather Gulla; Holly Gulla; Heidi Gulla; Darrel Davis; Barbara Davis; Elisa Kline, individually and as a parent/guardian of Mason Kline; Mason Kline in his own right; Ellen Eberhardt; Jimmy James; LaRosa Patrick; Helen Chapman; Damarius Chapman; Sade Chapman; Dionte Chapman; Tajuana Chapman; Tashiana Chapman; Kyeira Howell; Lashonda Jones; Dorothy Chapman, individually and as a parent/guardian of Shamiya Chapman, and as conservator of the estate of Lula Pearl Atkins-Nelson; Shamiya Chapman in her own right; Dequan Chapman; Harry Chapman; Michael Lymon; Deborah Chapman-Marshall; Frederick Marshall; Essie Chapman; Inez Marie Walker; Ronnie L. Walker; Shawana M. Walker; Steven W. Redmond; Jerome Chapman; Jeanette Chapman; Maurice Chapman; May Chapman; John W. Chapman; Bobbie Rodgers; Henry C. Biggs; Renita M. Coleman; Meleisa A. Betts; Angela Price; D'Anna N. Price; Aa'Niyah Evans; Artayah Price; Bobby Dean Grace; Terry Gravelle; Marilyn Doney-Gravelle, individually and as a parent/guardian of Angelina Doney; Angelina Doney in her own right; Annie M. Hicks; Joshua Hicks; LaQuantus Cardwell, individually and as a parent/guardian of ; Romero Cardwell and SirQron Cardwell; Romero Cardwell and SirQron Cardwell in their own right; Raven Neal; Romero Cardwell; SirQron Cardwell; Kathleen Clifton and Carlton Butler, individually and as parents/guardians of Daniel Clifton and Debbie Mitchell-Butler; Daniel Clifton in his own right; Debbie Mitchell-Butler in her own right; Magnolia Younger; Ryan Younger; Gowon Younger; Tiesha Taylor, individually and as a parent/guardian of Damarrion E. Taylor, Mariah Taylor and Kaniya Taylor; Damarrion E. Taylor in his own right; Mariah Taylor in her own right; and Kaniya Taylor in her own right, Paula Brown,

      Plaintiffs,      Case No. 2:17-CV-10709

vs.

Lockwood, Andrews & Newnam, P.C.; Lockwood, Andrews & Newnam, Inc.; Leo A. Daly Company; Veolia North America, LLC; Veolia North America, Inc.; Veolia Water North America Operating Services, LLC; Veolia Environment S.A.; Rowe Professional Services Company, f/k/a Rowe Engineering, Inc.; The State of Michigan; Governor Rick Snyder; The Michigan Department of Environmental Quality; The Michigan Department of Health and Human Services; Nick Lyon; Eden Victoria Wells, M.D.; Stephen

1

Busch; Liane Shekter-Smith; Adam Rosenthal; Patrick Cook; Michael Prysby; Bradley Wurfel; Daniel Wyant; Edward Kurtz, Darnell Earley and Jerry Ambrose,
      Defendants.

### ENTRY OF APPEARANCE OF CONRAD J BENEDETTO, ESQUIRE

Kindly enter the Appearance of Conrad J. Benedetto, Esquire as Co-Counsel on behalf of the following Plaintiffs:

Ellen Eberhardt; Jimmy James; LaRosa Patrick; Inez Marie Walker; Ronnie L. Walker; Shawana M. Walker; Steven W. Redmond; Jerome Chapman; Jeanette Chapman; Maurice Chapman; May Chapman; John W. Chapman; Bobbie Rodgers; Meleisa A. Betts; Angela Price; D'Anna N. Price; Aa'Niyah Evans; Artayah Price; Bobby Dean Grace; Annie M. Hicks; Joshua Hicks; Kathleen Clifton and Carlton Butler, individually and as parents/guardians of Daniel Clifton and Debbie Mitchell-Butler; Daniel Clifton in his own right; Debbie Mitchell-Butler in her own right; Tiesha Taylor, individually and as a parent/guardian of Damarrion E. Taylor, Mariah Taylor and Kaniya Taylor; Damarrion E. Taylor in his own right; Mariah Taylor in her own right; and Kaniya Taylor in her own right, Paula Brown.

Dated: June 22, 2018

Law Office of Conrad Benedetto

Conrad J. Benedetto, Esquire
Law Offices of Conrad J. Benedetto
1233 Haddonfield Berlin Road
Suite #1
Voorhees, NJ 08043
856-500-2727 - Phone
856-210-6227 - Fax

2