UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Hazim Gulla, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>Eden Victoria Wells, M.D., *et al.*,<br>    Defendants. | No. 5:17-cv-10709-JEL-MKM<br><br>Hon. Judith E. Levy |

## **MOTION FOR WITHDRAWAL OF COUNSEL**

Michael R. Williams ("Withdrawing Counsel") respectfully requests this Court enter an Order granting him permission to withdraw as counsel for Defendant Veolia North America, LLC, effective immediately. As grounds for this motion, Withdrawing Counsel states as follows:

1.  Withdrawing Counsel previously entered an appearance in this case on Defendant's behalf.

2.  Withdrawing Counsel left the firm of Bush Seyferth PLLC and returned to public service. He is no longer associated with Bush Seyferth PLLC and no longer practices in Michigan.

3.  In an August 11, 2021 text-only order, the Court granted Withdrawing Counsel's motion to withdraw filed in Case No. 5:16-cv-10444-JEL-EAS. Withdrawing Counsel understood that the August 11 order effected his withdrawal

from all *Flint Water Cases*. Withdrawing Counsel was recently informed that a motion to withdraw is required in each related case.

4. Defendant will continue to be represented by Cheryl Bush of Bush Seyferth PLLC, as well as attorneys from Campbell Conroy O'Neil, PC.

5. This withdrawal will not prejudice Plaintiffs.

WHEREFORE, Withdrawing Counsel respectfully requests that this Court grant him permission to withdraw as counsel for Defendant.

Respectfully submitted,

/s/ Michael R. Williams
Michael R. Williams (P79827)
1026 Forest Road
Charleston, WV 25314
(207) 233-6405
michaelraywilliams@gmail.com